IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| HENRY WEBB, ) | |
| ) | |
| Plaintiff, ) | 8:07CV495 |
| ) | |
| v. ) | |
| ) | |
| UNKNOWN GENSLER, DR., Medical ) | MEMORANDUM AND ORDER |
| of Douglas County Jail, and ) | |
| DOUGLAS COUNTY JAIL, Omaha, ) | |
| and D&E, ) | |
| ) | |
| Defendants. ) | |

Plaintiff filed his complaint in this matter on December 26, 2007 (Filing No. 1). On January 14, 2008, plaintiff filed an amended complaint (Filing No. 12). Pursuant to this Court's March 26, 2008, memorandum and order, plaintiff filed a second amended complaint (Filing No. 15). On April 2, 2008, and April 22, 2008, plaintiff filed two supplements to his second amended complaint (Filing Nos. 16 and 18.) Plaintiff has been given leave to proceed *in forma pauperis* (Filing No. 13).

In its March 26, 2008, memorandum and order, the Court granted plaintiff leave to amend his complaint in order to "clearly state a claim upon which relief may be granted" against Douglas County (Filing No. 6 at 7.) Plaintiff was warned that his second amended complaint must "restate the allegations of plaintiff's current complaint (Filing No. 1), amended complaint (Filing No. 12), and any new allegations." (Filing No. 14 at 7.)

Failure to consolidate claims in that fashion would result in the abandonment of claims. (*Id.*)

Plaintiff failed to consolidate all of his claims into one document. Because he has not complied with the Court's order, it is impossible to tell whether the second amended complaint should proceed to service. Further, even if service is now warranted, plaintiff's claims are spread over at least four separate documents, making service difficult. Plaintiff shall have 30 days in which to consolidate his claims into one document. Plaintiff is cautioned that he should not take this opportunity to further amend his claims or add parties. The Court does not grant plaintiff leave to do so. Rather, aside from consolidating all claims against all defendants which have not previously been dismissed, no other amendments will be permitted. If plaintiff fails to comply with this memorandum and order, this matter will be dismissed without prejudice and without further notice.

IT IS ORDERED:

1) Plaintiff shall have until **June 9, 2008,** to file a third amended complaint. Plaintiff's third amended complaint shall consolidate his previous complaints and supplements.

2) If plaintiff fails to comply with this memorandum and order, and does not consolidate his claims into one document,

this matter will be dismissed without prejudice and without further notice for failure to comply with an order of this Court.

    3) The clerk of the court is directed to set a pro se case management deadline in this case using the following text: June 9, 2008: Deadline for plaintiff to file a consolidated third amended complaint.

    DATED this 9th day of May, 2008.

                          BY THE COURT:

                          /s/ Lyle E. Strom
                          _____
                          LYLE E. STROM, Senior Judge
                          United States District Court